No. 404. WISCONSIN ELECTRIC POWER CO. *v.* CITY OF MILWAUKEE. *Per Curiam:* In this case probable jurisdiction is noted. The judgment of the Supreme Court of Wisconsin is vacated and the case is remanded to the Circuit Court for Milwaukee County* for consideration in the light of *Walker* v. *City of Hutchinson,* 352 U. S. 112.

*Van B. Wake* and *John F. Zimmermann* for appellant. *Walter J. Mattison* and *Harry G. Slater* for appellee.

No. 496. POTTHARST *v.* RICHARDSON & BASS ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *William M. Campbell, Jr.* for appellant. *Kalford K. Miazza* and *Bentley G. Byrnes* for the Orleans Levee Board, appellee.

No. 382, Misc. JENSEN *v.* OREGON. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Edward C. Kelly* for appellant. *Seward Reese* for appellee.

No. 507. LANDES *v.* LANDES (SMITH). *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Eugene*

*[This order amended, *post,* p. 958.]